BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-MC-00045-LJO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **EXTENDING THE UNITED STATES'** |
| v. ) | **TIME TO FILE A COMPLAINT FOR** |
| ) | **FORFEITURE AND/OR TO OBTAIN** |
| ) | **AN INDICTMENT ALLEGING** |
| APPROXIMATELY ) | **FORFEITURE** |
| $9,224.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated by and between the United States of America and Claimant Cristina Ross, ("Claimant"), by and through their respective attorneys, as follows:

1. On or about July 11, 2012, Claimant filed a claim with the Internal Revenue Service Criminal Investigations with respect to the above-referenced approximately $9,224.00 in U.S. Currency (the "currency") which was seized on or about May 11, 2012.

2. The Internal Revenue Service Criminal Investigations has sent written notice of intent to forfeit as required by 18 U.S.C. § 983 to all known interested parties. The time has expired for any person to file a claim to the

currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency in the administrative forfeiture proceeding.

3. Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed on October 5, 2012, the parties stipulated to extend to January 7, 2013, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5. By Stipulation and Order filed on January 2 , 2013 the parties Stipulated to extend to April 8, 2013, th the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 8, 2013 , the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be

///
///
///
///
///
///
///

2    Stipulation and Order Extending the United States' Time to File

1 | extended to July 8, 2013

2

3 | Dated: April  5 , 2013          BENJAMIN B. WAGNER
                                    United States Attorney

4                                   /s/ Heather Mardel Jones
                                    HEATHER MARDEL JONES
5                                   Assistant United States Attorney

6

7 | Dated: April 5 , 2013           /s/ David M. Dudley
                                    DAVID M. DUDLEY
8                                   Attorney for Claimant Cristina Ross

9                                   **ORDER**

10     This Court GRANTS the extension based on the parties' stipulation.

11 | IT IS SO ORDERED.

12 | **Dated:   April 5, 2013**        /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3   Stipulation and Order Extending the United States'
    Time to File