1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 1:12-MC-00045-LJO
                                    )
12            Plaintiff,            ) **STIPULATION AND ORDER**
                                    ) **EXTENDING THE UNITED STATES'**
13     v.                           ) **TIME TO FILE A COMPLAINT FOR**
                                    ) **FORFEITURE AND/OR TO OBTAIN**
14                                  ) **AN INDICTMENT ALLEGING**
   APPROXIMATELY                    ) **FORFEITURE**
15 $9,224.00 IN U.S. CURRENCY,      )
                                    )
16            Defendant.            )
                                    )
17 _____)

18        It is hereby stipulated by and between the United States of America and

19 Claimant Cristina Ross, ("Claimant"), by and through their respective attorneys, as

20 follows:

21        1.    On or about July 11, 2012, Claimant filed a claim with the Internal

22 Revenue Service Criminal Investigations with respect to the above-referenced

23 approximately $9,224.00  in U.S. Currency (the "currency") which was seized on or

24 about May 11, 2012.

25        2.    The Internal Revenue Service Criminal Investigations has sent

26 written notice of intent to forfeit as required by 18 U.S.C. § 983 to all known

27 interested parties.  The time has expired for any person to file a claim to the

28

                                      1        Stipulation and Order Extending the United States'
                                                                                Time to File

currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency in the administrative forfeiture proceeding.

3.      Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.      By Stipulation and Order filed on October 5, 2012, the parties stipulated to extend to January 7, 2013, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5.      By Stipulation and Order filed on January 2 , 2013 the parties Stipulated to extend to April 8, 2013, th the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 8, 2013 , the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be

///
///
///
///
///
///
///

Stipulation and Order Extending the United States'
Time to File

1  extended to July 8, 2013

2
   Dated: April  5 , 2013            BENJAMIN B. WAGNER
3                                    United States Attorney

4                                    /s/ Heather Mardel Jones
                                     HEATHER MARDEL JONES
5                                    Assistant United States Attorney

6

7  Dated: April 5 , 2013             /s/ David M. Dudley
                                     DAVID M. DUDLEY
8                                    Attorney for Claimant Cristina Ross

9                              **ORDER**

10        This Court GRANTS the extension based on the parties' stipulation.

11 IT IS SO ORDERED.

12 **Dated:    April 5, 2013           /s/  Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              3        Stipulation and Order Extending the United States'
                                                                          Time to File