BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-MC-00045-LJO |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| APPROXIMATELY $9,224.00 IN U.S. CURRENCY | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and Claimant Cristina Ross, ("Claimant"), by and through their respective attorneys, as follows:

1. On or about July 11, 2012, Claimant filed a claim with the Internal Revenue Service Criminal Investigations with respect to the above-referenced approximately $9,224.00 in U.S. Currency (the "currency") which was seized on or about May 11, 2012.

2. The Internal Revenue Service Criminal Investigations has sent written notice of intent to forfeit as required by 18 U.S.C. § 983 to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency in the

Stipulation and Order Extending the United States'
Time to File

1

administrative forfeiture proceeding.

3. Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. By Stipulation and Order filed on October 5, 2012, the parties stipulated to extend to January 7, 2013, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5. By Stipulation and Order filed on January 2, 2013 the parties stipulated to extend to April 8, 2013, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

6. By Stipulation and Order filed on April 5, 2013 the parties stipulated to extend to July 8, 2013, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

7. By Stipulation and Order filed on June 26, 2013 the parties stipulated to extend to September 30, 2013, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 15, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

//
//
//
//

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to December 15, 2013.

Dated: September 26, 2013              BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
                                       Assistant United States Attorney

Dated: September 26, 2013              /s/David M. Dudley
                                       DAVID M. DUDLEY
                                       Attorney for Claimant Cristina Ross

IT IS SO ORDERED.

   Dated:   **September 26, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Stipulation and Order Extending the United States'          3
Time to File