# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:12-MC-00045-LJO** |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 15)** |
| **v.** | |
| **APPROXIMATELY $9,224.00 IN U.S. CURRENCY,** | |
| **Defendant.** | |

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 15), the Court DISMISSES this case without prejudice. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **January 25, 2016**              _/s/ Lawrence J. O'Neill_
                                       UNITED STATES DISTRICT JUDGE

1